IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Theresa Skay, : 
               Petitioner : 
                : 
        v. : 
                : 
Borjeson & Maizel LLC : 
(Workers' Compensation Appeal : 
Board), :   No. 999 C.D. 2021
            Respondent : 

## O R D E R

AND NOW, this 26th day of July, 2022, IT IS HEREBY ORDERED that the above-captioned opinion filed May 10, 2022, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

_____
STACY WALLACE, Judge